UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEE MARVIN HARRIS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-CV-955 |
| | ) |
| THE TOWN OF SOUTHERN PINES et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. #9], which also included the Parties' Joint Local Rule 5.5 Report. The Court has reviewed the Joint Reports and approves them as submitted and as noted herein.

The Court notes that the deadlines set out in the Joint Rule 26(f) Report for providing reports from retained experts under Rule 26(a)(2)(B) will also serve as the deadlines for providing required disclosures under Rule 26(a)(2)(C).

The Court further notes that supplementations under Rule 26(e) are due as provided in the Joint Report but no later than the close of discovery, unless Court authorization is obtained to provide corrective information required by Rule 26(e)(1)(A) after the close of discovery.

The Court notes that <u>mediation must be conducted by the close of discovery, August 24, 2022</u>, and the Court also notes that under Local Rule 83.9d, if the parties do not provide

the name of an agreed-upon mediator within 21 days of this Order, the Clerk will select a mediator from the Court's panel of mediators.

The Court notes that all discovery must be completed by August 24, 2022, and that deadline may not be altered by agreement of the parties absent a Court Order.

IT IS THEREFORE ORDERED that the parties' Joint Rule 26(f) Report [Doc. #9] and Joint Local Rule 5.5 Report are approved as submitted and as noted herein.

This, the 23rd day of February, 2022.

                                                    /s/ Joi Elizabeth Peake
                                              United States Magistrate Judge