Lee Harris Sr. gives Robert McRae cash.

