UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEE MARVIN HARRIS, SR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE TOWN OF SOUTHERN PINES et al., )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. 1:21-CV-9555 |

**NORTH CAROLINA**
**MOORE COUNTY**

I, Robert McRae being first duly sworn, deposes and says that:

1. From 2015 to 2018, I washed Mr. Lee Harris Sr.'s vehicle(s) using my mobile car-wash service business, *McRae's Mobile Auto Spa and Pressure Washing Services*.

2. On several occasions, including times that I now know Mr. Harris' son was under investigation, I presented to Mr. Harris Sr. and washed his vehicle(s) at 823 West NY Avenue, Southern Pines, NC 28387.

3. Mr. Harris paid for services with cash, as many of my recurring clients have done.

4. In 2018, Mr. Harris paid me with cash to wash his white pickup truck ~~and black SUV~~.

5. I have seen the photograph taken by SPPD of Mr. Harris handing me cash. That was payment for washing his car.

6. I have never observed or heard of Lee Harris, Sr. being involved in any drug related activity.

_____          _7-15-22_____
Robert McRae                                    Date


Sworn to and subscribed before me this ___15th___ day of __July__, 20_22_

Notary Public: _Olivia L. Simon_

My commission expires: _Feb. 13, 2025_


This the _15th_ day of __July__, 2022