STATE OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF: 803 N. Sycamore St., Aberdeen NC 28315
&
11866 US Hwy 15/501, Aberdeen NC 28315 – Unit B15
&
8009 Andover Creek Drive Unit 1702, Charlotte NC 28210

SEARCH WARRANT AFFIDAVIT PREPARED BY : Detective Jason Perry

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Jason Perry, Investigator for the Southern Pines Police Department, being duly sworn, depose and state as follows:

1. As an Investigator, I am responsible for conducting investigations of violations of the Controlled Substance Act, including but not limited to, cocaine, marijuana, methamphetamine and heroin trafficking, manufacturing of the aforementioned narcotics.

2. I have served as a sworn Law Enforcement Officer for the Southern Pines Police Department for over 12 years. I am currently assigned as an Investigator for the Southern Pines Police Department. I currently hold the rank of MPO in the Investigative Division and I focus on Narcotics violations within and around the city of Southern Pines. Previously, I was an active member of the Moore County Sheriff's Office Drug and Alcohol Task Force. During my four years assigned to this position I assisted with and conducted numerous Drug Investigations and made numerous arrests. I have had numerous convictions in the Federal and State Courts. These investigations have also led to the

seizure of not only controlled substances but also to the seizure of United States currency, and other items commonly used by traffickers and distributors of narcotics.

3. As part of my duties as a narcotics investigator, I have participated in investigations involving Trafficking, Possession with the Intent to Sell or Deliver, Sale and Deliver of Controlled Substances, Maintaining a Dwelling, and Manufacturing. I have law enforcement experience with various narcotics cases, to include but not limited to, Cocaine, Marijuana, Methamphetamine, Heroin, MDMA, Wax and various Prescription pills. I have also participated in the execution of many search warrants involving drug and criminal related offenses.

4. Your affiant has had numerous experiences in law enforcement where Your Affiant has identified narcotics by visual identification methods and/or particular odors that narcotics have such as, but not limited to, marijuana, cocaine, psilocybin mushrooms, methamphetamine, MDMA, heroin, and various controlled pill form narcotics. Certified North Carolina State Lab Technicians have confirmed your affiant's identifications of various narcotics, on numerous occasions, as indeed being controlled substances listed in the North Carolina Controlled Substances Act.

5. I have received training, both formal and informal, in criminal investigations, drug trafficking, including, but not limited to, Drug Enforcement for Patrol Officers, Narcotics Investigator training, Drug Enforcement Administration Clandestine Lab School, Interview and Interrogation, and North Carolina Basic Law Enforcement Training Academy (BLET) I have worked investigations with and received training from, numerous agencies that include, but are not limited to, the Drug Enforcement Administration, Department of Homeland Security, North Carolina State Bureau of

120

Harris-000008

Case 1:21-cv-00955-WO-JEP   Document 32-9   Filed 11/29/22   Page 2 of 17

Investigations, North Carolina Alcohol Law Enforcement, and local law enforcement agencies.

6. The above list of Law Enforcement Training Schools and/or interdepartmental training has covered topics such as recent United States Supreme Court decisions, North Carolina Court decisions, investigations, sexual assault(s), assaults, illegal narcotics enforcement, money laundering, laws of arrest, search and seizure and criminal interdiction techniques.

## ATTACHMENT #2

Based upon my training, experience, and participation in this and other investigations involving significant amounts of controlled substances, I know the following:

1. Drug traffickers must maintain and have quick access to large amounts of United States currency or other liquid assets in order to maintain and fund their continuing drug business.

2. Drug traffickers commonly "front" (provide illegal controlled substances on consignment) controlled substances to their customers, who subsequently pay for the drugs after reselling these drugs. Drug traffickers commonly hide controlled substances, drug proceeds, and records of their drug transactions in secure locations, such as in cars, trucks, tractor trailers, motor carriers, garages, trailers, animal kennels, storage buildings, outbuildings or the curtilage of their residence or business for immediate access and to hide them from law enforcement agencies.

3. Drug traffickers will commonly conceal drugs, large amounts of United States currency, firearms, financial instruments, jewelry, precious metals, gemstones, electronic equipment, cellular phones, and other items of value and/or proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting, or spending large sums of money made in drug trafficking activities. These items are commonly maintained in their vehicles, garages, storage buildings, safe deposit boxes, residence or businesses, or within the curtilage of their residence or businesses.

4. Drug traffickers will transport, or cause to be transported, controlled substances to those areas where it will be distributed. Drug trafficker's methods of transporting controlled

Harris-000010

substances include, but are not limited to, private motor vehicles, commercial airlines, and government and contract mail carriers. The conveyances often have cleverly concealed compartments to stash the controlled substances as well as other contraband, such as drug proceeds and other negotiable items, from law enforcement agencies.

5. Drug traffickers frequently store controlled substances and drug paraphernalia for packaging, diluting, weighing and/or distributing inside their residence and within vehicles in their possession in an effort to avoid detection by law enforcement. This paraphernalia often includes, but is not limited to: scales, plastic bags, boxes, cellophane wrapping, and tape.

6. Drug Traffickers will often utilize counter surveillance techniques when driving vehicles. These techniques are commonly utilized to impede law enforcement's efforts to identify other co-conspirators and/or stash locations. The installation of an electronic tracking device allows law enforcement agents to better conduct these investigations.

ATTACHMENT #3

1. Based on information obtained from the investigation at hand I, Investigator Perry of the Southern Pines Police Department, believe Lee Marvin Harris Jr. (referred to as STRETCH) is currently residing at 803 N. Sycamore Street, Aberdeen NC on a partial basis. This address is the permanent residence of Lee Marvin Harris Jr's father, Lee Marvin Harris Sr. Your affiant believes that when Lee Marvin Harris Jr. is not residing at 803 N. Sycamore Street, Aberdeen NC he is residing at 8009 Andover Creek Drive Unit 1702, Charlotte NC with his girlfriend, Lisa Hanami. Also, your affiant believes that Lee Marvin Harris Jr. and his girlfriend, Lisa Hanami, currently lease and maintain a storage locker (Unit B-15) located at U-Stor It mini warehouses located at 11866 US Hwy 15/501, Aberdeen NC 28315.

2. The information contained within this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience, and/ or information provided to me by other law enforcement officers and/or agents. Since this affidavit is being submitted for the limited purpose of providing probable cause, I have not included each and every fact known to me concerning this investigation.

3. In February 2017, your affiant initiated an investigation involving narcotics activity at 811 W. New York Avenue, Southern Pines NC. This investigation started with stationary woods surveillance of this address. From April 2017 to the end of June 2017, on at least nine different occasions, surveillance was conducted on the address of 811 W. New York Avenue, Southern Pines NC 28387. During this surveillance it

was confirmed that a Drug Trafficking Organization (DTO) was using this location as a possible narcotics distribution location to include but not limited to cocaine, crack cocaine and marijuana. During this surveillance still images and video evidence was collected of at least 27 hand to hand transactions between multiple members of the DTO and narcotics customers. Through this surveillance your affiant was able to identify many of the suppliers of the suspected narcotics. Through your affiants experience your affiant knows that many of the narcotics suppliers, that were on the property of 811 W. New York Avenue, refer to themselves as being part of the Dope Boy Clic (AKA- DBC)

4. During surveillance your affiant observed Lee Marvin Harris Jr. on the property of 811 W. New York Avenue on a daily basis while other members of the DTO conducted these narcotics transactions. On at least one occasion, video footage and still images were collected showing Lee Marvin Harris Jr. possessing and delivering a large quantity of suspected cocaine to Myron Curtis Small. Your affiant has personally arrested Myron Curtis Small and charged him with Possession with intent to sell/deliver cocaine, and within the past year Myron Curtis Small pled guilty to this charge.

5. On December 7, 2017 your affiant was conducting surveillance and observed Lee Marvin Harris Jr. arrive to the property of 811 W. New York Avenue in a 2015 Dodge Charger (North Carolina Registration #PHL-3894 VIN# 2C3CDXBG3FH770951) and Lee Marvin Harris Jr. gets out of the driver seat. Your affiant observed a black in color Chrysler passenger vehicle pull up in front of the property and Lee Marvin Harris Jr. walks to the driver side window. The

driver of the black in color Chrysler lowered the vehicle window and Lee Marvin Harris Jr. passed an unknown object through the open window. Lee Marvin Harris Jr. stood at the open window for approximately 40 seconds and walked away, the vehicle left. Through your affiants training and experience and through this investigation, this type of activity is common with a narcotics transaction. After the transaction is complete Lee Marvin Harris Jr. leaves in the 2015 Dodge Charger (North Carolina Registration #PHL-3894 VIN# 2C3CDXBG3FH770951).

6. Your affiant was conducting surveillance on December 9, 2018, December 12, 2017, and on December 16, 2017. On all of these dates your affiant observed the activities of Lee Marvin Harris Jr. as he arrived in the 2015 Dodge Charger (North Carolina Registration #PHL-3894 VIN# 2C3CDXBG3FH770951). The activities on these dates were consistent with the activities that were previously mentioned on December 7, 2017. Through your affiants training and experience this type of activity is common with narcotics transactions.

7. In December 2017, your affiant met with a Confidential Source of Information, hereinafter referred to in this affidavit as CSI #1. CSI #1 told your applicant that CSI #1 is familiar and has knowledge of the group referred to as the Dope Boy Clic (AKA- DBC). CSI #1 informed your affiant that Lee Marvin Harris Jr. is the leader of the DBC and supplies the entire DBC group with narcotics to sell. While speaking about this, CSI #1 used an example of Lamar Sealy (AKA- L.O.) as being under Lee Marvin Harris Jr. CSI #1 named many members of the DBC which is under the leadership of, Lee Marvin Harris Jr.

8. CSI #1 has provided your affiant with reliable information in the past for violations

of the North Carolina Controlled Substance Act, which your applicant has been able to corroborate. The information that CSI #1 has provided to your Applicant has led to several investigations for violations of the North Carolina Controlled Substance Act. CSI #1 has told your Applicant no non truths that I am aware of.

9. On December 27, 2017 your affiant was conducting surveillance and observed Lee Marvin Harris Jr. arrive in a 2009 Toyota Venza (North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339). After a few minutes a black in color four door sedan arrives and Lee Marvin Harris Jr. gets out and walks to the front passenger door of the four door sedan and gets in. Lee Marvin Harris Jr. sits in the vehicle for approximately 90 seconds then he gets out and both vehicles leave. Through your affiants training, knowledge, and experience this type of activity is common for narcotics transactions.

10. On January 29, 2018 surveillance was being conducting on 803 N. Sycamore Street in Aberdeen NC 28315 (Lee Marvin Harris Sr. residence). During surveillance Lee Marvin Harris Jr. was observed operating the 2009 Toyota Venza (North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339). Department of Motor Vehicle records indicate that the 2009 Toyota Venza (North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339) is registered to Lee Marvin Harris Jr.'s girlfriend, Lisa Hanami.

11. On January 13, 2018 your affiant was conducting surveillance on the 2015 Dodge Charger (North Carolina Registration #PHL-3894 VIN# 2C3CDXBG3FH770951). Your affiant observed the vehicle travel to 11866 US Hwy 15/501, Aberdeen NC 28315

127

Harris-000015

Case 1:21-cv-00955-WO-JEP   Document 32-9   Filed 11/29/22   Page 9 of 17

(U-Stor It mini warehouses). The vehicle stayed at that location for less than 5 minutes and departed.

12. On January 16, 2018 your affiant met with the owner of the U-Stor It mini warehouses and your affiant was able to determine that unit B-15 was currently leased to Lisa Hanami, Lee Marvin Harris Jr. girlfriend.

13. From January 17, 2018 until February 8, 2018 your affiant was conducting surveillance on both the 2015 Dodge Charger (North Carolina Registration #PHL-3894 VIN# 2C3CDXBG3FH770951) and the 2009 Toyota Venza (North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339). During these dates your affiant observed Lee Marvin Harris Jr. make SIX trips to the U-Stor It mini warehouses, specifically B-15. During each of these visits to unit B-15 Lee Marvin Harris Jr. appears to be alone. During each of these visits Lee Marvin Harris Jr. opens the padlock on unit B-15 with a key and on two occasions he is observed carrying a cardboard box into the unit. On many occasions your affiant observed Lee Marvin Harris Jr. arrive to unit B-15 and open the unit with nothing in his hands. Lee Marvin Harris Jr. would enter the unit and then exit a couple minutes later with empty hands and secure the unit back. Through your affiants training, knowledge and experience drug traffickers will commonly conceal drugs, large amounts of United States currency, firearms, financial instruments, jewelry, precious metals, gemstones, electronic equipment, cellular phones, and other items of value and/or proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting, or spending large sums of money made in drug trafficking activities. These items are commonly maintained in storage

buildings or other locations that are leased to other co-conspirators such as a girlfriend (Lisa Hanami) to avoid detection by law enforcement.

14. Through surveillance your affiant has been able to determine that Lee Marvin Harris Jr. travels between Charlotte NC and Moore County NC on a regular basis. While in Charlotte NC, Lee Marvin Harris Jr. resides at an apartment complex named Andover Woods Apartments. Through DMV records your affiant has determined that Lee Marvin Harris Jr.'s girlfriend, Lisa Hanami, has a listed address of 8009 Andover Creek Drive Unit 1702, Charlotte NC 28210. Your affiant has been able to confirm this through surveillance that it is Harris's most frequented area during daytime and nighttime while in the Charlotte NC area. He resides at the location during the majority of night hours, which indicates a time when most people sleep. Also, your affiant has observed both previously mentioned vehicles in the parking lot of the complex the majority of the time that he is in Charlotte, NC (2015 Dodge Charger, North Carolina Registration #PHL-3894 VIN# 2C3CDXBG3FH770951 and the 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339).

15. While in Moore County, NC your affiant has been able to determine that Lee Marvin Harris Jr. resides at 803 N Sycamore St., Aberdeen NC 28315 (Residence of Lee Marvin Harris Sr.). Your applicant has been able to confirm this through surveillance that it is Harris's most frequented area during daytime and nighttime while in the Moore County area. He resides at the location during the majority of night hours, which indicates a time when most people sleep. Also, your affiant has observed both previously mentioned vehicles in front of the residence the majority of

the time that he is in Moore County, NC (2015 Dodge Charger North Carolina Registration #PHL-3894 VIN# 2C3CDXBG3FH770951 and the 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339).

16. On February 1, 2018 contact was made with the owner of 811 W. New York Avenue, Southern Pines NC. The owner, Dr. Linda Spooner provided the Southern Pines Police Department with verbal and written consent to go onto the property of 811 W. New York Avenue, Southern Pines NC. The Southern Pines Police Department was also given consent to search the property and collect any evidence that is located.

17. On February 3, 2018 your affiant was conducting surveillance on Lee Marvin Harris Jr. as he traveled to Asheboro NC. Your affiant conducted surveillance from the parking lot of IHOP restaurant as Lee Marvin Harris Jr. arrived to Lowes Hardware in the 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339. Your affiant observed Lee Marvin Harris Jr. pull beside a silver in color 2004 Volvo XC90 bearing NC registration PFM2172. Through DMV records indicate that this vehicle is registered to Arnulfo Garay Jr. of Winston Salem, NC. Your affiant observed a Hispanic male exit the driver's door of the 2004 Volvo XC90 and open the front passenger door of Lee Marvin Harris Jr.'s vehicle. The Hispanic male leaned in the open door for 10-15 seconds and then closes the vehicle door and gets back in his 2004 Volvo XC90. The 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339 then departs the parking lot and the Hispanic male waits two to three minutes before departing. Through your affiants training, knowledge and experience this type of activity is common for narcotics transactions.

18. On February 7, 2018 your affiant was conducting surveillance on the 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339. Your affiant noticed that the vehicle stayed at 803 N. Sycamore St., Aberdeen NC during the night hours, which indicates a time when most people sleep. Your affiant observed the vehicle leave 803 N. Sycamore Street, Aberdeen NC and travel to U-Stor It mini warehouses located at 11866 US 15/501, Aberdeen NC. Your affiant observed Lee Marvin Harris Jr. open unit B-15 and walk inside, staying for approximately 20 seconds and exiting. From this location your affiant observed Lee Marvin Harris Jr. travel to 811 W. New York Avenue, Southern Pines NC. At this location your affiant observed Lee Marvin Harris Jr. drop a silver/white package on the left side of the house and leave. Based off consent from the owner, Dr. Linda Spooner, Sgt. Edwards went to 811 W. New York Avenue and located the package that had been dropped. Sgt. Edwards returned to the Southern Pines Police Department and the item was processed. The item was a clear plastic bag containing a ball of aluminum foil which contained approximately 25 grams of suspected heroin. The item was packaged and entered into evidence at the Southern Pines Police Department.

19. On February 7, 2018 after leaving 811 W. New York Avenue, Southern Pines NC, your affiant continued to conduct surveillance on Lee Marvin Harris Jr. as he traveled to Asheboro NC. Your affiant conducted surveillance from the parking lot of IHOP restaurant as Lee Marvin Harris Jr. arrived to Lowes Hardware in the 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339. Your affiant observed a white in color 2002 Ford Ranger truck arrive bearing NC registration PFM3453. Through DMV records indicate that this vehicle is registered

to Luis Enrique Garcia of Kernersville, NC. Your affiant observed a Hispanic male exit the drivers door of the 2002 Ford Ranger and open the front passenger door of Lee Marvin Harris Jr.'s vehicle. The Hispanic male leaned in the open door for 10-15 seconds and then closes the vehicle door and gets back in his 2002 Ford Ranger. The 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339 then departs the parking lot one way and the 2002 Ford Ranger departs the parking lot the opposite way. Through your affiants training, knowledge and experience this type of activity is common for narcotics transactions.

20. Your affiant continues surveillance on Lee Marvin Harris Jr. as he returns to Charlotte after meeting with the Hispanic male. After arriving in Charlotte, through surveillance, your affiant notices Lee Marvin Harris Jr. arrive back to Andover Creek Apartments, specifically the 8009 block.

21. On February 13, 2018 your affiant was conducting surveillance on Lee Marvin Harris Jr. as he traveled from 8009 Andover Creek Drive in the 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339. Lee Marvin Harris Jr. traveled towards Asheboro NC and eventually ended up at the Lowes Hardware in Asheboro NC. Your affiant conducted surveillance from the parking lot of IHOP restaurant as Lee Marvin Harris Jr. arrived to Lowes Hardware in the 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339. Your affiant observed a silver in color 2004 Ford F-150 truck arrive bearing NC registration PEP9821. Through DMV, records indicate that this vehicle is registered to Erika Stephany Leiva Carcamo of High Point NC. Your affiant observed a Hispanic male exit the drivers door of the 2004 Ford F-150 and open the front

passenger door of Lee Marvin Harris Jr.'s vehicle and get in. The Hispanic male stayed in the 2009 Toyota Venza for approximately 1 minute and then got back in the 2004 Ford F-150. The 2009 Toyota Venza North Carolina Registration #EED-1679 VIN# 4T3BK11A79U025339 then departs the parking lot along with the 2004 Ford F150 and they travel in separate directions on Hwy 64. Through your affiants training, knowledge and experience this type of activity is common for narcotics transactions.

22. Your affiant continues surveillance on Lee Marvin Harris Jr. as he travels to 5102 Timber Ridge Drive, Sanford NC. Your affiant conducted surveillance as a black in color Nissan Altima arrived and Calvin Deangelo Fox gets out of the driver's seat. Calvin Fox and Lee Marvin Harris Jr. go into 5102 Timber Ridge Drive and stay for approximately 20 minutes. Both Lee Harris Jr. and Calvin Fox depart the residence together and Lee Marvin Harris Jr. leaves in the 2009 Toyota Venza.

23. Your affiant continued surveillance on Lee Marvin Harris Jr. as he traveled to 811 W. New York Avenue, Southern Pines NC. While Lee Marvin Harris Jr. is at this address he goes around to predetermined locations and drops an unknown item. In the past, your affiant has noticed members of the "DBC" arrive after Lee Harris Jr. departs, and pick up the unknown packages. Through your affiants training, knowledge and experience this type of activity is common for narcotics transactions. Also, this is the same type of behavior that was exhibited by Lee Harris Jr. on February 7, 2018 as he dropped the 25 grams of suspected heroin at 811 W. New York Avenue that was subsequently seized by the Southern Pines PD.

24. Throughout this investigation the Southern Pines Police Department has made numerous controlled purchases of suspected crack cocaine from the address of 811 W. New York Avenue and 1090 W. Indiana Avenue, Southern Pines NC. These controlled purchases of suspected crack cocaine were made from members of the Dope Boy Clic (AKA-DBC) and are currently in possession of the Southern Pines PD. Each purchase of suspected crack cocaine was audio and video recorded and was purchased with US currency provided by the Southern Pines PD.

25. On February 19, 2018 your affiant contacted the owner of U-Stor it Mini warehouses located at 11866 US Hwy 15/501, Aberdeen NC 28315. Your affiant requested permission to use a Southern Pines PD K9 to sniff for the odor of narcotics on the property of the Mini warehouses and permission was granted. On February 20, 2018 your affiant requested the assistance of Sgt. Embler and his K9 to conduct a sniff of the exterior of a few storage lockers located at 11866 US Hwy 15/501, Aberdeen NC 28315 (U-Stor It mini warehouses). Sgt. Embler used his K9 to sniff the exterior of storage lockers B-11, B-13, B-15, and B-17. After the K9 completed the exterior sniff of the storage lockers Sgt. Embler informed your affiant that the K9 alerted to the odor of narcotics on locker B-15.

26. Your applicant conducted a Criminal History check through DCI on Lee Marvin Harris Jr. Your applicant was able to determine that Lee Marvin Harris Jr. pled guilty to felony possession of cocaine in Moore County Superior Court on 4/11/16. On 9/29/2010 in Hoke County Superior Court Lee Marvin Harris Jr. pled guilty to felony possession of marijuana. On 10/15/09 Lee Marvin Harris Jr. was convicted of felony possession of cocaine.

Harris-000022

27. Based on the facts of this search warrant and through my training, knowledge, experience, and investigation, I believe that the residence of 803 N. Sycamore St. in Aberdeen NC, is being used to keep and sell controlled substances, namely heroin and cocaine. Also, based on the facts of this search warrant and through my training, knowledge, experience, and investigation, I believe that Storage Unit B-15 at U-Stor It mini warehouses located at 11866 US 15/501 in Aberdeen NC, is being used to keep and sell controlled substances, namely heroin and cocaine. Also, based on the facts of this search warrant and through my training, knowledge, experience, and investigation, I believe that the residence of 8009 Andover Creek Drive Unit 1702, Charlotte NC 28210, is being used to keep and sell controlled substances, namely heroin and cocaine. I pray that this search warrant be issued in this matter.

This the 20 day of February, 2018.

_____
Investigator Jason Perry, Southern Pines Police Department

Sworn to and subscribed before me on this 20th day of February, 2018

_____
SUPERIOR COURT JUDGE
STATE OF NORTH CAROLINA

135

Harris-000023

Case 1:21-cv-00955-WO-JEP   Document 32-9   Filed 11/29/22   Page 17 of 17