IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:18CR249-5 |
| LEE MARVIN HARRIS, SR. | : | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of North Carolina hereby dismisses without prejudice the Superseding Indictment handed down by the federal grand jury on September 25, 2018, against the above-captioned defendant, because it is in the best interests of justice.

This the 14th day of December, 2018.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119

Leave of Court is granted for the filing of the foregoing dismissal.

William L. Osteen, Jr.
UNITED STATES DISTRICT JUDGE

Date: 12-18-18