UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEE MARVIN HARRIS, SR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE TOWN OF SOUTHERN PINES et al., )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:21-CV-9555 |

**NORTH CAROLINA**
**MOORE COUNTY**

I, Arthur Donald Darby, being first duly sworn, deposes and says that:

1. In 2013, I was approached by Southern Pines Police Department Officer Jason Perry and asked to become a confidential informant ("CI"), and specifically to provide information on Lee Marvin Harris Jr., and any known drug activity in the area.

2. I truthfully told Officer Perry that I had no information on Lee Marvin Harris Jr. and refused to work as a CI for him.

3. Officer Perry knew that I worked at a local barbershop and asked that I get information by wearing a wire or reporting any observations that I had regarding drug activity in the surrounding community.

4. After the first encounter and request, I was confronted by Officer Perry on more than two occasions where I was offered $50.00 for every person that I gave him information on.

5. Even after I repeatedly told him that I had no information to give, Officer Perry made numerous attempts to coerce me into falsifying evidence to help build his cases and I refused every offer.

_____       7-26-22
Arthur Donald Darby                      Date

Sworn to and subscribed before me this 26 day of July, 2022
Notary Public: Doris Hunsucker
My commission expires: 5-24-25

This the 26 day of July, 2022.

(Notary Seal: DORIS HUNSUCKER, NOTARY PUBLIC, MOORE COUNTY, NC)