| 18CR 050513 | SOUTHERN PINES POLICE DEPARTMENT | | |
|---|---|---|---|
| **MAGISTRATE'S ORDER** | **STATE OF NORTH CAROLINA** | | In The General Court Of Justice District Court Division |
| Offense<br>I F-TRAFFICKING IN COCAINE<br>II F-MAINTN VEH/DWELL/PLACE CS (F)<br>III M-POSSESS DRUG PARAPHERNALIA | MOORE | County | |

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
LEE MARVIN HARRIS SR.

803 SYCAMORE ST

ABERDEEN  NC  28315
MOORE COUNTY

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | 05/11/1959 | |

Social Security No.
·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

Drivers License No. & State

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 3530 | I 90-95(H)(3) |
| II 9968 | II 90-108(A)(7) |
| III 3401 | III 90-113.22(A) |

Date Of Offense
02/20/2018  through  02/20/2018

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)
02/20/2018

Arresting Officer (Name, Address Or Department)
W S LOWERY
SOUTHERN PINES POLICE DEPARTMENT

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess 28 GRAMS OR MORE, BUT LESS THAN 200 GRAMS of Cocaine.

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and intentionally keep and maintain a vehicle, A RED IN COLOR 1994 CADILLAC, 4 DOOR, BEARING NC REGISTRATION PLATE CMS5870, VIN NUMBER 1G6KD52B2RU221147 that was used for keeping and selling controlled substance, COCAINE, in violation of the North Carolina Controlled Substances Act.

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully and willfully did and knowingly possess with intent to use drug paraphernalia, ONE SET OF DIGITIAL SCALES to prepare and repackage a controlled substance other than marijuana which it would be unlawful to possess.

This act was in violation of the law referred to in this Magistrate's Order. This Magistrate's Order is issued upon information furnished under oath by the arresting officer(s) shown. A copy of this Order has been delivered to the defendant.

| Signature<br>CAROL WRIGHT /s/ | Location Of Court<br>Moore County Courthouse; 0201<br>102 MONROE ST<br>CARTHAGE, NC 28327 | Court Date<br>03/13/2018 |
|---|---|---|
| [X] Magistrate  [ ] Deputy CSC<br>[ ] Assistant CSC  [ ] Clerk Of Superior Court | | Court Time<br>2:00  [ ] AM  [X] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued<br>02/20/2018 |
|---|---|

AOC-CR-116, Rev. 4/14
© 2014 Administrative Office of the Courts

**DEFENDANT COPY**

| File No. | Law Enforcement Case No. | LID No. | SID No. | FBI No. |
|---|---|---|---|---|
| 18CR 050514 | SOUTHERN PINES POLICE DEPARTMENT | | | |

## MAGISTRATE'S ORDER

**STATE OF NORTH CAROLINA**
MOORE County

In The General Court Of Justice
District Court Division

Offense
I F-PWISD COCAINE

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
LEE MARVIN HARRIS SR.

803 SYCAMORE ST

ABERDEEN    NC    28315
MOORE COUNTY

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | 05/11/1959 | |

Social Security No.
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

Drivers License No. & State

Name Of Defendant's Employer

Offense Code(s)
I 3555

Offense In Violation Of G.S.
I 90-95(A)

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess with the intent to sell and deliver a controlled substance, namely 101.7 GRAMS of cocaine, which is included in Schedule II of the North Carolina Controlled Substances Act.

Date Of Offense
02/20/2018    through    02/20/2018

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)
02/20/2018

Arresting Officer (Name, Address Or Department)
W S LOWERY
SOUTHERN PINES POLICE DEPARTMENT

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)

This act was in violation of the law referred to in this Magistrate's Order. This Magistrate's Order is issued upon information furnished under oath by the arresting officer(s) shown. A copy of this Order has been delivered to the defendant.

Signature
CAROL WRIGHT

Location Of Court
Moore County Courthouse; 0201
102 MONROE ST
CARTHAGE, NC 28327

Court Date
03/13/2018

Court Time
2:00 [X] PM

[X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

Date Issued
02/20/2018

[X] Magistrate    [ ] Deputy CSC
[ ] Assistant CSC  [ ] Clerk Of Superior Court

AOC-CR-116, Rev. 4/14
© 2014 Administrative Office of the Courts

**DEFENDANT COPY**