EXHIBIT 15 TO BE FILED IN HARD COPY