UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LEE MARVIN HARRIS, SR., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE TOWN OF SOUTHERN PINES et al., )<br>)<br>    Defendants. )<br>)<br>) | Case No. 1:21-CV-9555 |

**NORTH CAROLINA**
**MOORE COUNTY**

I, Martha Dickerson being first duly sworn, deposes and says that:

1. In 2013, I was contacted by SPPD about an investigation into my son, Edwin Dickerson.

2. SPPD, namely Officer/Detective Jason Perry, told me that my home was being "raided" and that I was to report to my residence located at 823 West NY Avenue, Southern Pines, NC 28387.

3. At that time, my son did not live at the aforementioned address, and I was confused about my involvement and why my home was being targeted for any criminal investigation.

4. My son, Edwin Dickerson, was arrested on suspicion of drug-related charges.

5. Despite having no knowledge about any criminal activity or why Officer Perry wanted to involve me, I was later arrested and Officer Perry stated, "we are working on you to get your son."

6. I was not guilty of any of the charges I was arrested for and have no involvement with any drug activity.

7. My son, Edwin, later entered into a plea bargain.

8. After his charges were dismissed, my charges were dismissed in February of 2019.

_Martha Dickerson_        7.15.22

Martha Dickerson        Date

Sworn to and subscribed before me this 15th day of July, 2022

Notary Public: _Sylvia A. Simon_

My commission expires: Feb. 13. 2025

This the 15th day of July, 2022