LEE MARVIN HARRIS, SR.,  )
  )
  Plaintiff,  )
  )  Case No. 1:21-CV-9555
vs.  )
  )
THE TOWN OF SOUTHERN PINES et al.,  )
  )
  Defendants.  )
  )
  )
  )

**NORTH CAROLINA**
**MOORE COUNTY**

I, Christian "CJ" Terry being first duly sworn, deposes and says that:

1. In April 2022, I was driving my eleven-year-old daughter to the prom.

2. I was traveling on US 1 between Aberdeen and Southern Pines.

3. A SPPD Officer got behind me and pulled over my vehicle.

4. When I asked what the issue was, the Officer stated that I was being stopped because my vehicle was "registered to a person without a license." I knew this was false and asked what the real reason for the traffic stop was.

5. At that same time, a second SPPD squad car arrived. Officer Jason Perry stepped out of this vehicle and smirked in my direction.

6. Officer Perry also grabbed a window tint inspector and told me that my vehicle was below the legal limit of 35 and was clocked at a 33. Which I also knew was false.