Case Supplemental Information
01/25/2018
Wood Surveillance at 803 N Sycamore St, Aberdeen NC 28315 – Lee Marvin Harris Sr.'s Home
MPO Lowery, SPPD Officer Reilly, ABD

On O1/24/2018 at or around 1530 hours I, MPO Lowery, and Officer Reilly of the Aberdeen Police Department were in the wood line approximately 75 to 100 feet off the road over watching the front of 803 N. Sycamore St.

At or around 1640 hours Lee Marvin Harris Jr arrives in a black in color Dodge Charger at the house stated above. Lee Jr. gets out of his car, wearing a blue in color jacket and white shirt, and goes to the trash can located to the front right side of the driveway. Lee Jr. then goes to the rear of the home, out of sight and there for approximately 2 to 3 minutes. Lee Jr then goes inside the home using the front door, for 5 to 10 minutes, comes back out of the house and then leaves around 1700 hours. During this time period Lee Sr and a black female and black juvenile male left out in in Lee Sr.'s grey Dodge Truck. Lee Jr leaves the house after the group in the truck left.

On 01/25/2018 at or around 1200 hours I, MPO Lowery, and Officer Reilly of the Aberdeen Police Department were in the wood line approximately 50 to 75 feet off the road over watching the front of 803 N. Sycamore St.

At or around 1220 hours lee Marvin Harris Jr arrives in a black in color Dodge Charger at the house stated above. Lee Jr gets out of his car, wearing a black in color jacket and white shirt, goes to the front porch of the house and reaches down to retrieve something off the front porch, left of the door; he opens the door and goes inside. Lee Jr is inside the house for 1 to 2 minutes; when he come out he places something back to the left of the door, possibly on the floor of the porch. Lee Jr then goes to the front right edge of the property and is placing or retrieving something from underneath a tarped item located to the right of the enclosed trailer. Lee Jr then goes behind the house, and is there for approximately 1-2 minutes before returning to his car and leaving.

Harris-000003