Case Supplemental Information
01/31/2018
Wood Surveillance at 803 N Sycamore St, Aberdeen NC 28315 - Lee Marvin Harris Sr.'s Home
<u>MPO Lowery, SPPD and Officer Reilly, ABD</u>
No audio or video was equipment available at this time.

<u>On O1/31/2018</u> at or around 1230 hours I, MPO Lowery, and Officer Reilly of the Aberdeen Police Department were in the wood line approximately 75 to 100 feet off the road over watching the front of the home at 803 N. Sycamore St.

1258 hours Lee Harris Sr. and a black female arrive home in silver in a silver in color Dodge truck. Both individuals go inside briefly and they both come back outside and appeared to be looking at the black in color BMW car parked in the driveway. The black female leaves a short time late in the Dodge truck. Lee Sr. then goes to the back of the home to retrieve what appeared to be an extension cord, he then goes in the home briefly and comes back out and begins to work under the hood of the BMW. At 1420 hours a gray in color Honda pulls in the drive way a black female gets out and speaks with Lee Sr. for approximately ten minutes, before getting back into her car and leaving. Lee Sr. continued to work underneath the hood of the BMW.

At or around 1509 hours Lee Marvin Harris Jr. arrives in a white in color Toyota Venza at the house stated above; Calvin Fox was also in this same vehicle as a front right passenger. Lee Jr, wearing a black jacket with a hood that was pulled over his head, gets out of his car and goes to the right side of the home, near a silver in color enclosed trailer. He then approaches a vehicle covered with a blue tarp on it. He is over at this vehicle approximately 2 to 3 minutes. Lee Jr then goes inside the home using the front door, for 1- 2 minutes, comes back out of the house and gets back in the Venza.

During Lee Jr's time out of the vehicle, Calvin Fox, wearing a grey jacket and white shirt, gets out of the Venza and speaks with Lee Marvin Harris Sr. (father) who was still outside of the home doing some type of maintenance on the BMW. Calvin has a brief conversation with Lee Sr. until Lee Jr. comes back to the Venza. Lee Jr. does not speak to Lee Harris until right before he leaves. Lee Sr. yells at Lee Jr. who is getting back into the Venza and asked "Lee Harris (Lee Jr.) how you doing?" I could not hear Lee Jr.'s response, but he did speak to his father.

At approximately 1516 hours Lee Jr. and Calvin Fox leave the house in the Venza.

Harris-000004