**Kyle Marsh**

**From:** Jason Perry
**Sent:** Tuesday, April 24, 2018 10:46 AM
**To:** Kyle Marsh
**Subject:** FW: Inmate Marvin Lee Harris, Sr.

---

**From:** Chris Garner
**Sent:** Monday, April 23, 2018 5:10 PM
**To:** Jason Perry <Perry@southernpines.net>
**Subject:** FW: Inmate Marvin Lee Harris, Sr.

---

**From:** Garner, Shannon [mailto:sgarner@moorecountync.gov]
**Sent:** Monday, April 23, 2018 3:28 PM
**To:** Chris Garner <CGarner@southernpines.net>
**Subject:** Inmate Marvin Lee Harris, Sr.

Hello Chris,

     I spoke with you last week about suspicious phone calls from a male subject approximately a month and a half ago. The male subject has asked questions about Inmate Lee Marvin Harris, Sr. The first time he said he was from the V.A Hospital (Veteran Affairs) in Ft. Bragg, NC and was calling about Mr. Harris' medication. I asked him his name and he said he was a Captain. With the limited information that he gave, I asked for a call back number. The number he gave me was (336)-432-2147.

Approximately two weeks ago (approximately April 9th, 2018), Sergeant C. Brown received a phone call from number (404)-539-4741, male stated he was Captain David Kendrick. He left a call back number (336)-432-2147.

Last week (week of April 16th, 2018) the male with the same voice called the detention center inquiring about clergy for our inmates. I asked what his name was and he said he was Dr. David Allen with Freewill Ministry Church and the number he gave was (404)-539-4741.

This just seemed strange that the same two numbers is calling repeatedly.

Thanks,

Lieutenant Shannon Garner
Moore County Detention Center
910-947-7802-Office
910-986-2706-Cell

1

Harris-001888

| | |
|---|---|
| **From:** | Mcsweeney, Warren <Warren.McSweeney@nccourts.org> |
| **Sent:** | Friday, May 4, 2018 9:11 AM |
| **To:** | Kyle Marsh; Jason Perry |
| **Subject:** | Fwd: SPPD Investigation 2/20/2018 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png |

Begin forwarded message:

**From:** "McFadden, JoAnna (USANCM)" <JoAnna.McFadden@usdoj.gov>
**Date:** May 4, 2018 at 7:32:58 AM EDT
**To:** "Mcsweeney, Warren" <Warren.McSweeney@nccourts.org>
**Subject: RE: SPPD Investigation 2/20/2018**

Warren,

Thanks for being in touch. I would anticipate this matter being adopted federally either at the end of this month or the end of June; it largely depends on some reports from another aspect of the case that I am waiting on. How long would you be able to hold onto the materials before release was required?

Many thanks,
JoAnna

**From:** Mcsweeney, Warren <Warren.McSweeney@nccourts.org>
**Sent:** Thursday, May 03, 2018 4:33 PM
**To:** McFadden, JoAnna (USANCM) <JMcFadden@usa.doj.gov>
**Subject:** SPPD Investigation 2/20/2018

JoAnna,

Good afternoon. I hope you are doing well. I am checking with you on the status of the Lee Harris, Jr., Lee Harris, Sr., Christian Terry, Lamar Sealy, Lisa Hanini, Calvin Fox, and Gonzalo Gomez codefendants and the possibility of federal charges being pursued and issued against these individuals. There was a bond hearing held yesterday and the bonds were modified as follows:
1. Lee Marvin Harris, Jr. – from 9 million to 2 million w/ electronic house arrest
2. Christian Terry – from 5 million to 1 million w/ electronic house arrest
3. Lee Marvin Harris, Sr. – from 5 million to $500,000

I have yet to provide discovery to the defendants because I was wanting to try and coordinate with you releasing the materials. If there was going to be federal adoption in the near future I was not going to release the materials. The cases have been continued to July 9.

Please let me know if you have any questions.

Thanks,
Warren



**Warren McSweeney**
Moore County Assistant District Attorney
PO Box 429 Carthage NC 28327
**North Carolina Judicial Branch**
O  910-722-5010
F  910-722-5011

*Justice for all*
www.NCcourts.org

E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.

E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.

**From:** Robert Temme
**Sent:** Thursday, May 24, 2018 8:01 PM
**To:** Nick Polidori; Kyle Marsh
**Subject:** FYI - Sent to Town Manager

FYI

Reagan,

I was disappointed in the Mayor, and the Town Council when they failed to be heard on the bond reduction for Lee Marvin Harris Jr./Sr. and the DBC gang by remaining silent. I have now learned that the Dusty Rhodes is asking for a bond reduction for Montice McManus, the murderer of 11 year old Jalinda Campbell and the serious injury to four year old Kyleigh Graham who is now paralyzed. This bond reduction hearing is set for May 29, 2018, at 2:30pm. I invite you, Chris, the Mayor, and the entire Council to join me at this hearing to prevent this injustice. I can provide you more details, but for ADA Peter Strickland to point this support out in open court would go a very long way. The Council frequently asks me what they can do to help/support our effort, this would be my second request.

I would be happy to discuss this in greater detail if you need additional information.

Bob

Bob Temme
Chief of Police
Southern Pines Police Department
450 W. Pennsylvania Avenue
P.O. Box 330
Southern Pines, NC 28388-0330

temme@southernpines.net

Office    (910) 692-2732
Fax       (910) 692-7042
Tip Line (910) 693-4110

www.southernpines.net/police

   F.B.I NA-190
~ *A Nationally Accredited Agency* ~

"**NOTICE:** This is an official government communication that may contain privileged or sensitive information intended solely for the individual or entity to which it is addressed. Any review, retransmission, dissemination or other use or action taken upon this information by persons or entities other than the intended recipient is prohibited. If you are not the intended recipient or believe you received this communication in error, please contact the sender and delete the material from your computer."

**Kyle Marsh**

**From:** Jason Perry
**Sent:** Wednesday, June 20, 2018 8:07 AM
**To:** Walter Lowery; Brian Edwards; Kyle Marsh
**Cc:** Robert Temme
**Subject:** Fwd: Discovery for CERVANTES-Gomez

This is an email chain between Joanna and me. Getting you up to speed

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "McFadden, JoAnna (USANCM)" <JoAnna.McFadden@usdoj.gov>
Date: 6/19/18 7:05 PM (GMT-05:00)
To: Jason Perry <Perry@southernpines.net>
Subject: Re: Discovery for CERVANTES-Gomez

We are only charging a conspiracy now and are going to add PWISD charges later. All of the below will be charged except Sr. in the conspiracy charge.

JoAnna G. McFadden
Assistant United States Attorney
Criminal Division
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401

Office: 336/332-6362
Cell: 646/298-6991
Fax: 336/333-5381

> On Jun 19, 2018, at 6:29 PM, Jason Perry <Perry@southernpines.net> wrote:
>
> June 26th will be good. Is the plan to indict Lee Marvin Harris Jr, Lee Marvin Harris Sr, Lamar Sealy, and Christian Terry from my area? Thanks again!
>
> -----Original Message-----
> From: McFadden, JoAnna (USANCM) [mailto:JoAnna.McFadden@usdoj.gov]
> Sent: Tuesday, June 19, 2018 6:08 PM
> To: Jason Perry <Perry@southernpines.net>
> Cc: Hughes, James P. (DEA) <James.P.Hughes@usdoj.gov>
> Subject: Re: Discovery for CERVANTES-Gomez
>
> Hi gentlemen: the grand jury only meets on June 25 and 26, unfortunately, and not again until July 30. Would it be best to put it down for June 26? Jason, if you would like to enjoy your vacation, you are welcome to find a colleague to come in your stead. I can certainly simplify the subject matter that we cover.
>
> Let me know.

> Thanks,
> JoAnna
>
> JoAnna G. McFadden
> Assistant United States Attorney
> Criminal Division
> United States Attorney's Office
> Middle District of North Carolina
> 101 S. Edgeworth St., 4th Floor
> Greensboro, NC 27401
>
> Office: 336/332-6362
> Cell: 646/298-6991
> Fax: 336/333-5381
>
> On Jun 19, 2018, at 6:00 PM, Jason Perry <Perry@southernpines.net<mailto:Perry@southernpines.net>> wrote:
>
> JoAnna, this is Detective Perry with Southern Pines PD. I am set to be on vacation all of next week also but still available part of the week if needed. What day is grand jury set for? I will do what I can to work it out because I've been looking forward to getting it into the federal system.
>
> Thanks for your help,
> Detective Perry, Southern Pines PD
> 910 992 6010
>
> From: Hughes, James P. [mailto:James.P.Hughes@usdoj.gov]
> Sent: Tuesday, June 19, 2018 5:33 PM
> To: McFadden, JoAnna (USANCM) <JoAnna.McFadden@usdoj.gov<mailto:JoAnna.McFadden@usdoj.gov>>
> Cc: Jason Perry <Perry@southernpines.net<mailto:Perry@southernpines.net>>
> Subject: RE: Discovery for CERVANTES-Gomez
>
> JoAnna,
>
> Detective Jason Perry Southern Pines PD can be reached at 910-992-6010. I'm out of state June 22 thru June 25.
>
>
> Jim Hughes
> DEA Greensboro Resident Office
> Cell: (336) 669-7515
> Office: (336) 856-7839
>
>
>
> From: McFadden, JoAnna (USANCM)
> Sent: Tuesday, June 19, 2018 12:39 PM
> To: Hughes, James P.
> Subject: RE: Discovery for CERVANTES-Gomez
>
> Jim,
>
> I am sending this one to be reviewed today for presentment next week. Do you happen to have contact info for Perry I could pass on to our grand jury scheduler?
>
> I will be in touch with further details later this week. Thanks for your patience.
>
> Best,
> JoAnna

>
> From: Hughes, James P. <James.P.Hughes@usdoj.gov<mailto:James.P.Hughes@usdoj.gov>>
> Sent: Wednesday, May 23, 2018 9:34 AM
> To: McFadden, JoAnna (USANCM) <JMcFadden@usa.doj.gov<mailto:JMcFadden@usa.doj.gov>>; Meinecke, Terry (USANCM) <TMeinecke@usa.doj.gov<mailto:TMeinecke@usa.doj.gov>>
> Subject: Discovery for CERVANTES-Gomez
>
> JoAnna, Terry,
>
> I left discovery for the CERVANTES-Gomez investigation (Fellow with cocaine, heroin, meth in Davie County) yesterday at your office. Terry, I apologize, I did not recognize you as you were walking out of the building.
>
> I just placed a call to Jason Perry Southern Pines PD and will talk to him in the coming days. I understand he has provided discovery. Please review, advise when you want to present to GJ. Perhaps we have Perry present for his target, and I present for CERVANTES.
>
> Initial review of CERVANTES devices (two LG cellular telephones) did not stand standout as means of communication. Have ordered up tolls on one number potentially another distributor.
>
> Jim Hughes
> DEA Greensboro Resident Office
> Cell: (336) 669-7515
> Office: (336) 856-7839
>

Harris-001894

**Kyle Marsh**

| | |
|---|---|
| **From:** | Walter Lowery |
| **Sent:** | Tuesday, July 31, 2018 4:35 PM |
| **To:** | Kyle Marsh |
| **Subject:** | Fwd: Indictment and warrant attached |
| **Attachments:** | FILED Cervantes Gomez superseding indictment.pdf; FILED Harris, Lee Marvin Sr. arrest warrant.pdf |

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "McFadden, JoAnna (USANCM)" <JoAnna.McFadden@usdoj.gov>
Date: 7/31/18 4:30 PM (GMT-05:00)
To: Jason Perry <Perry@southernpines.net>, Walter Lowery <Lowery@southernpines.net>
Subject: Indictment and warrant attached

Gentlemen: the superseding indictment and arrest warrant for Harris Sr. are attached.

Can you forward me the highlights of the pole cam footage that the analyst is putting together when it's complete?

Thanks again for everything,
JoAnna


JoAnna G. McFadden
Assistant United States Attorney
Criminal Division
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401

Office: 336/332-6362
Cell: 646/298-6991
Fax: 336/333-5381

1

Harris-001895

Case 1:21-cv-00955-WO-JEP   Document 32-34   Filed 11/29/22   Page 8 of 12

**Kyle Marsh**

| | |
|---|---|
| **From:** | Kyle Marsh |
| **Sent:** | Friday, August 3, 2018 1:54 PM |
| **To:** | Jason Perry |
| **Cc:** | Brian Edwards; Nick Polidori |
| **Subject:** | Harris Sr. |

Jason,

The Marshals didn't get back to me until today about setting up a time to take Sr. The magistrate will be in Durham all next week. Make contact with US Marshal Art Gandy, 336-430-5339, to set up a time and location to take Sr. Lowery has placed a packet in your door that has all of the necessary items to be completed (print card, dna, etc.). Let me know if you have any questions. The state charges have been dismissed and the copies of the dismissals are included in the packet.

Thanks,

Lieutenant Kyle Marsh
Investigations Division
Southern Pines Police Department
450 W. Pennsylvania Ave.
Southern Pines, NC 28387
910-692-2732 x2861
marsh@southernpines.net

1

Harris-001896

Case 1:21-cv-00955-WO-JEP    Document 32-34    Filed 11/29/22    Page 9 of 12

# Kyle Marsh

**From:** Walter Lowery
**Sent:** Tuesday, August 14, 2018 3:24 PM
**To:** Jason Perry; Kyle Marsh
**Subject:** Fwd: Harris Sr. DH

I hope this was covered...I did mention the date before I left..

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Owens, Tim (USANCM)" <Tim.Owens@usdoj.gov>
Date: 8/10/18 9:39 AM (GMT-07:00)
To: Walter Lowery <Lowery@southernpines.net>, "Hughes, James P. (DEA)" <James.P.Hughes@usdoj.gov>
Subject: Harris Sr. DH

Walter & Jim-

Lee Harris Sr.'s detention hearing is set for Tuesday the 14th at 10:00 in **Greensboro**. Let me know one of you has it covered.

Thanks!
-Tim

1

Harris-001897

Case 1:21-cv-00955-WO-JEP  Document 32-34  Filed 11/29/22  Page 10 of 12

# Kyle Marsh

**From:** Jason Perry
**Sent:** Tuesday, December 18, 2018 12:28 PM
**To:** Kyle Marsh; Walter Lowery
**Subject:** FW: Order to Dismiss Lee Marvin Harris, Sr. - 1:18CR249-5
**Attachments:** pdf.pdf

**From:** Simmons, Penny (USANCM) <Penny.Simmons@usdoj.gov>
**Sent:** Tuesday, December 18, 2018 12:24 PM
**To:** Hughes, James P. (DEA) <James.P.Hughes@usdoj.gov>; Jason Perry <Perry@southernpines.net>
**Subject:** Order to Dismiss Lee Marvin Harris, Sr. - 1:18CR249-5

1

Harris-001898

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:18CR249-5 |
| LEE MARVIN HARRIS, SR. | : | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of North Carolina hereby dismisses without prejudice the Superseding Indictment handed down by the federal grand jury on September 25, 2018, against the above-captioned defendant, because it is in the best interests of justice.

This the 14th day of December, 2018.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney

RANDALL S. GALYON
Assistant United States Attorney
NCSB #23119

Leave of Court is granted for the filing of the foregoing dismissal.

William L. Osteen, Jr.
UNITED STATES DISTRICT JUDGE

Date: 12-18-18