000422

11/21/ 2013

To: INTERNAL AFFAIRS SPPD
   450 West Pennsylvania Avenue
   Southern Pines, N.C. 28387

From: Elder Lee M. Harris, Sr.
   From Birth to Eternity "You Have a Choice Ministry"
   803 Sycamore Street
   Aberdeen, N.C. 28315

### "ASSAULT COMPLAINT"

Hello Concerned,

I am Elder Lee M. Harris, Sr. of Aberdeen, N.C. I am a retired 54 year old Disabled Veteran who served honorably in the United States Armed Services and also worked as a Corrections Officer for the State of North Carolina for almost a decade.

I have spent many years serving in the Moore County Communities as a Minister of the Gospel. I am ordained to preach the word of God, perform weddings, conduct funerals, and administer communions, baptisms and many other duties of a Spiritual Leader in both North Carolina and the State of Tennessee. Also over the years the Lord has led me to stand in the gap as many call an Activist for people who either do not know how or cannot stand on their own for whatever reason. God word sums up that we are our brother's keeper in a time of their need, for ministry is not only behind the walls of the physical church

As a Black American living in this country and in the State of North Carolina with rights given to me and all Blacks as well as Whites and every other nationality by the United States Constitution, The Bill of Rights, The North Carolina Constitution, and The North Carolina General Statues, no person, organization, authority or principality has the legal right to violate the Civil Rights of any of us.

After giving you a brief overlay of myself, who I am and what I stand for, I have a concern to address to you that I feel to be a problem and an issue. I do not break the law, I do exercise my right given to me by the constitution and I do and will forever stand my ground.

On November 7, 2013 approximately between the hours of 11:00 am and 12:00 pm, I was driving South on Pennsylvania Avenue in Southern Pines when I recognized a group of people appearing to be in a rage while standing in the yard of a white house beside the Purcell Funeral Home across from Trinity AME Zion Church. I stopped my vehicle and got out and walked over into the yard to where the people were. I recognized that all the people in the yard were Black with the exceptions of Southern Pines Police Lieutenant Austin and one other White Officer who was dressed in basic riot gear with a

baseball type police cap. There was a young Black Female walking very fast toward her car trying to leave I assumed after the police threatened her to leave because as I walked up the two police officers were talking very unprofessionally to the female to leave the premises, "Now!" and walking toward her in a provoking rush not really giving her a chance to get into her car, put the car in reverse and leave. I then told Lieutenant Austin that the female was going to leave but they had to at least give her a chance to get in the car, put the car in reverse and drive away and at that time they allowed her to leave.

Some of the people in the yard came up to me and told me what was going on inside the house and why the police was there. I listened to them and did not take one step toward the house and did not make any problems for the police that were outside where I was although they were talking to the people in a very harsh and disrespectful manner as if they were not humans but animals. All of a sudden the door of the house opened and this young newly Detective Jason Perry comes onto the porch with this great big Kool-Aid smile on his face as if he was enjoying himself. He then turns around and looks straight at me and says, "Does everyone out here live here and if you don't then I want you to leave the premises, "Now" real nasty like!. After he said this, I knew he was referring to me because he was looking straight at me so then I said something in the lines of, "Well, if there wasn't any drugs inside the house before he got here (speaking of Jason Perry), there will be before he leaves!" At that time Jason Perry very quickly ran off the porch and stopped right directly in my face and yelled, "You leave right now, go!" I stood my ground and very firmly told him that he'd better back out of my space a few feet because he was absolutely too close to me. At that time Lieutenant Austin and the other officer walked toward me with Austin saying to me, "Come on Mr. Harris, don't do that!" I then returned a response to him that Jason Perry had better back up because he was trying to provoke me. I also told the lieutenant that this kid did not have any idea what he was doing and that I was old school and he didn't know anything about what that meant. Jason Perry backed up and went back on the porch and I went to my car and left.

In writing this complaint I realize that I and all Americans have a right to Free Speech under the First Amendment of the United States Constitution so regardless to the conversation, argument, misunderstanding or whatever Jason Perry may want to call it; he had absolutely no legal right to run off that porch in front of my face assaulting me while filling my space in an attempt to make me do harm to him that could have been detrimental to him as well as myself had I not had control.

Under the Criminal Law category of Assault consisting of an attempted, but unsuccessful battery, it is still considered Assault. (N.C.G.S. 14-33) Being that Jason Perry was armed with his weapon with other officers standing by that would have assisted him had I defended myself after being provoked by him constitutes an assault to the level that could have become Assault & Battery when the officer initiated the Assault.

My complaint on this officer is to prevent situations like this one from in the future because of this hot headed young police officer's aggressive nature of over enjoying his job which he seems to make his own rules as he pleases. I cannot understand for the life of me why this young man dedicates his life to going outside the law to charge any young Black male with possession of crack cocaine when the Southern Pines Police Department has in the past four years accumulated more and more unsolved murders of young Black men. The death or killing of a Black man or woman carries no urgency to this particular police department which is proven by their actions over the past three or four years. If the killer doesn't get tired of running and turn themselves in, then the police use the excuse that no one will

snitch on the other. "What happened to just get out there and earn your pay and do your jobs effectively? "

Jason Perry did in fact Assault me although he did not put a hands on me. I am a Disabled Veteran that totally understands conflict, but by no means am I dead, so as with any human being when charged or attacked by anyone whether it's the police or whoever, the first human nature response is to defend which places the thought of consequence way in the back of the head. North Carolina recognizes that a form of assault is an act or attempted act or an appearance of an attempt to immediately physically injure another person. An assault may either be a touching, or an attempt to touch another person. If the defendant has attempted to unlawfully touch another person, but has missed, the defendant has committed an assault.

This young officer knows that he presses his luck through provoking others and rushing up in the face and space of any human natured person is assault with a provoking intent.

Legally "Assault" is an act that creates an apprehension in another of an imminent harmful or offensive contact, not the actual contact. (This is illegal and deserves attention now!)

It has become a known fact that this young Detective Jason Perry of the Southern Pines is a bad apple and does law enforcement no justice in keeping him on the force. Jason Perry gives the entire police department, sheriff's department and law enforcement as a whole a very bad name. It is living proof that Jason Perry is a dirty police officer and makes his name and career by hating Black People as a whole. He creates false CSI's to illegally obtain search warrants as he lies to the magistrates on Applications for Search Warrants to get to bust into the homes of Black People and destroy their personal property and take whatever else he finds of value. After entering the home with his riot team without a Search Warrant, Jason Perry has also kicked the legs of and physically pushed around a man he arrested because he was upset that the man would not talk to him after being told he had the right to remain silent. This young man does these thing as he hides behind his job but at the same time using the department to fulfill his own thirst to disrespect and harm Black People. I speak my peace because this is not my first time witnessing this out of control man that really needs to get his head and heart right.

My complaint on this out of control officer can only help the community put the trust back in the police department. The police wonder why the community refuse to communicate or corporate with them on everyday issues, but the truth be told; it's hot headed Racist character type police officers like Jason Perry that takes away any trust in law enforcement as far as the community is concerned. As in my complaint, I mentioned the smile Jason Perry wears on his face when he's abusing Black People because he knows he is secured at the time by putting his fellow officers in jeopardy in his normal selfish way. Many of these officers disagree with his actions, but feel threatened at losing their jobs if the request is not fulfilled. This young man's arrogance has and will continue to damage the trust and faith in the Southern Pines Police Department. Jason Perry may want visit probable the first time the Book of Genesis where after the floor Noah's family produced and replenished the rest of the world (hint)

As a man of God, I tell you as a decision making committee, that Jason Perry is once again a very bad apple looking for his own personal heroics and thirst to do harm to the Black Race of people, but there is no prospering gain with this kid remaining under your umbrella. Any person with a spiritual discernment can see the devil in this young kid's eyes.