# SWORN AFFIDAVIT

The County of Moore
To Whom It May Concern:

My name is **Tracy Williams**, I live at 1410 North Ridge Street in Southern Pines, NC 28387. I have personal knowledge of the facts set forth herein.

On August 12, 2013, I was contacted on my personal cell phone by Detective Jason Perry of the Southern Pines Police Department. I asked him did he want me to meet him at the Southern Pines Police Station and Detective Perry told me **NO!!!** I thought since it was police business, he wouldn't care about the Police Department knowing about it!
We met at my mother's house at 1410 North Ridge Street because he said he did not want me to come to the Police Station.

On the first and only personal meeting, he told me I needed to help myself because of my Criminal Record and that it would be in my best interest. He asked me, "Do you know Stretch and Lil Dee and have you ever bought drugs from them?"

I said, "Yes I know them but never bought drugs from them because I don't deal with them like that!"

His next question was, "Do you know Sweet Pea and have you ever bought drugs from him?"
I said, "Yes, I do know him, but I never bought drugs from him and I never knew he sold drugs!"

He said it would be helping him out if I had or were to buy drugs from these specific people; Sweet Pea, Stretch, Green Eyes, Beans, Lil Dee and PS. Detective Perry gave me these specific names and asked me to purchase drugs from them. He said he would give me the money and I would wear a wire either in some eye glasses, hat, shoes or on my body. He told me that if I didn't do this, that he would make sure that I would spend a lot of time in prison because of my Criminal Record. He also told me that he would not lock me up if I cooperated. I did not promise I would cooperate so he kept trying to contact me.

I'm making this statement now because I'm willing to help someone that I know and it is the right thing to do. I've been knowing about this case for a while and I'm making this statement because when I heard Sweet Pea's mother was also arrested, (Mrs. Dickerson), I knew what Detective Perry was doing was wrong so that's why I'm telling what he tried to get me to do.

I also have many text messages from Detective Perry's personal cell phone number (910) 992-6010, and he text me to my personal cell phone number (910) 691-9422 & (910) 724-4746.

These are the text messages and the dates:

(1) 8/12/2013 at 12:30 pm – Can we meet? Not at Precinct on the way from Carthage
(2) 8/12/2013 at 12:30 pm – Are you still at your Moms
(3) 8/12/2013 at 4:49 pm – I got a girl lined up to drive you. She Indian, that work?
(4) 8/13/2013 at 3:38 pm – Can you talk?

(5) 8/14/2013 at 10:07 am – K. Got an idea call when you can
(6) 8/14/2013 at 5:54 – Lost ya
(7) 8/14/2013 at 5:58 pm – Aight I got a 20yr old black guy that
(8) 8/14/2013 at 5:58 pm – smokes weed that can drive u around.
(9) 8/14/2013 at 5:59 pm – He's got tats
(10) 8/15/ 2013 at 3: 29 – What u think?
(11) 8/21/2013 at 9:29 – If I don't hear anything from you. I assume u don't want to help yourself out. Let me know one way or the other, we will work it out
(12) 8/21/2013 at 11:43 – Out of town
(13) 8/21/2013 at 11:44 – When you gone be back
(14) 8/21/2013 at 12:03 – Aight then, Thank you
(15) 8/21/2013 at – **Don't tell nobody I called you erase every message**
(16) 9/11/2013 at 12:34 pm – **Hey Girl! What's your decision?**
Detective Perry also told me to erase every text message & to not tell no one what me & him talked about.

**Tracy Williams**, being first duly sworn does depose and say that she has written the foregoing Affidavit, that the information contained therein is true of her own knowledge and as those matters started upon information also to be true.

This ___26th___ day of ___May___, 2014

___Tracy Williams___
Tracy Williams
Affiant

Sworn to and Subscribed before me, this day of ___May 26___, 2014
Notary Public ___Lynette C Harris___ Lynette C Harris
My Commission Expires: ___8/4/2018___