Southern Pines Police Department                                                                                              OCA: **201800199**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLOSED/CLEARED         **Case Mng Status:** CBA                            **Occurred:** 02/20/2018
**Offense:** DRUG LAW TRAFFIC IN COCAINE

**Investigator:** MARSH, K. A. (861)                        **Date / Time:** 02/26/2018 15:36:44, Monday
**Supervisor:** POLIDORI, N. S. (864)          **Supervisor Review Date / Time:** 02/26/2018 16:08:11, Monday
**Contact:**                                                      **Reference:** Investigative Progress

On 2/20/18 I assisted with the execution of a search warrant on Sycamore St. in Aberdeen, NC. Upon my arrival at the location members of SPPD SRT had taken Mr. Lee Harris Sr. into custody without incident. As I entered the home Harris was cursing at officers, stating he didn`t sell drugs. I asked Mr. Harris to calm down and informed him that Detective Perry would be explaining the situation to him in detail.

After the search warrant was read to Mr. Harris, I instructed CST Price to begin photographing the scene, beginning with the exterior of the residence. After photographs were taken K9 Handler Dean was asked to deploy K9 Mary to sniff the exterior of the residence. In doing so, K9 Mary alerted on a Cadillac that was parked on the northern end of the home. CST Price photographed this vehicle, which was covered by fabric, and the vehicle was then searched by hand. I called in the registration plate to communications and the vehicle returned to being registered to Mr. Harris.

The driver door was unlocked, the rear driver side door locked, and both doors on the passenger side were locked. Lying in the rear floorboard was packaging material that had white residue within it, and a strong odor of cocaine. One of the packages was black in color, and had the appearance to have once contained a "brick" of substance, consistent with a kilo of cocaine.

In the rear seat arm rest I located a set of digital scales and a plastic bag that was wrapped in many layers of plastic. Inside of this package was a white in color powder substance that had a very strong odor of cocaine about it. The trunk of the vehicle was locked, and the release from inside of the vehicle was inoperable. I asked Mr. Harris if he had a key to the vehicle. Mr. Harris requested that he be allowed to show me where the key was. Mr. Harris walked with me into his home, into the northern most bedroom, to a hanger on the wall, and provided me a key that was hanging from this location. On this set of keys were numerous keys with a Cadillac symbol. These keys did in fact turn the ignition on, and operated the locks on the doors, however the trunk was broken. The trunk of the vehicle had to be forced open. I notified CST Price of the items located within the vehicle. CST Price photographed, packaged, and seized each of the items located.

I was notified of firearms being found in the residence. Det. Perry informed me that he had advised Mr. Harris of his Miranda Warnings. I asked Mr. Harris if he had any weapons in the residence. Mr. Harris told me "Marsh, you know I don`t mess with drugs and I can`t help what my boy does." I replied to Mr. Harris that we are only in control of ourselves, and what we allow to be around us. I asked Mr. Harris if he was a convicted felon, and he replied no. Mr. Harris advised that he did have a few guns in his home, all of which would be located in his bedroom, pointing to the bedroom on the Northern end of the home (in all appearance to be the master bedroom of the home). Mr. Harris went on to say that he had a few rifles that were passed down to him, and that they were old. Harris later stated that he had a handgun under his bed that he described as a .357 revolver. I asked Mr. Harris if he owned any other weapons and he

Investigator Signature                                                          Supervisor Signature

*Southern Pines Police Department*                                OCA: **201800199**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** CLOSED/CLEARED    **Case Mng Status:** CBA    **Occurred:** 02/20/2018
**Offense:** DRUG LAW TRAFFIC IN COCAINE

**Investigator:** MARSH, K. A. (861)    **Date / Time:** 02/26/2018 15:36:44, Monday
**Supervisor:** POLIDORI, N. S. (864)   **Supervisor Review Date / Time:** 02/26/2018 16:08:11, Monday
**Contact:**    **Reference:** *Investigative Progress*

replied no. I asked Mr. Harris if he owned a semi-automatic handgun and he replied no. I asked Mr. Harris if his son, Lee Marvin Harris Jr, had a bedroom in his home. He advised that the southernmost room was his son`s room. Mr. Harris advised that any weapon found in his son`s room would belong to his son and that he would have no knowledge of it.

Investigator Signature                Supervisor Signature