

State of North Carolina
Prosecutorial District 19D
**FELONY PROSECUTION SUMMARY**

PLEASE CHECK WHICH APPLY:

X    INITIAL DISCOVERY
\_\_\_\_\_ SUPPLEMENTAL DISCOVERY

*\*ALL DISKS RECEIVED IN DA'S OFFICE, NEEDS THIS PAGE AND AN INDEX PAGE*
X    CD/DVD/THUMB DRIVE TO ACCOMPANY THE **INITIAL** DISCOVERY SUBMITTED THRU NCAWARE PORTAL
\_\_\_\_\_ SUPPLEMENTAL CD/DVD/THUMB DRIVE

---

**DEFENDANT'S NAME:** Lee Marvin Harris Jr.

**CHARGES:** Trafficking in Cocaine X 2, PWISD Cocaine, Maintaining Veh./Dwell/Place CS, M/S/D/P Cs W/N 1000ft of School, DWLR Not Impaired Rev, Possess Drug Paraphernalia, and Possess Heroin, Trafficking Opium or Heroin, Possession of Firearm by Felon.

**CO-DEFENDANT(S):** Lee Marvin Harris Sr, Christan Jovonn Terry, Lamar Sealy, and Lisa Hanami.

**CO-DEFENDANT CHARGES:** \_\_\_\_\_

**CHARGING OFFICER:** WS. Lowery    **AGENCY:** Southern Pines PD

**OTHER INVESTIGATING OFFICERS:** J. Perry

**CONTACT NUMBER(S):** 910-692-7031

*\*IF THE OFFENSE(S) CHARGED INCLUDE AT LEAST ONE FELONY OF CLASSES A – E, PLEASE MAKE AN APPOINTMENT WITH AN ASSISTANT DISTRICT ATTORNEY TO GO OVER THE DISCOVERY AS SOON AS POSSIBLE.*

---

**OFFICER'S CERTIFICATE OF COMPLIANCE**

By signing below, I acknowledge my responsibilities under North Carolina law [NCGS §§15A-501(6), 15-903(c)] to make known and available to the Office of the District Attorney all information in my possession. I certify that I have made a copy of my entire investigative file and delivered it to the District Attorney's Office. This file consists of the materials indicated in the enclosed Table of Contents. I understand that I have a continuing duty to deliver to the District Attorney's Office a copy of ANY AND ALL other information that comes into my possession after I deliver this prosecution summary.

This report contains 720 pages, numbered *(If supplement, continue with the next page number from last summary submitted)* page 1 to page 720 and/or, DATA DRIVE optical discs (CDs/DVDs) to include 0 copies for discovery.

_WS Lowery_      3-19-2018
Signature of charging officer      Date Signed

_WS Lowery_      3-19-2018
Signature of officer turning into DA Office      Date Submitted

_____
ADA or DA Staff receiving packet-Name & Title      Date Received

Prosecution Summary Rev Feb 2016 (fillable)      PD Page Number: \_\_\_\_\_