UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**MASTER TRIAL CALENDAR**

HONORABLE WILLIAM L. OSTEEN, JR., UNITED STATES DISTRICT JUDGE
HONORABLE JOI ELIZABETH PEAKE, UNITED STATES MAGISTRATE JUDGE

**April 3, 2023**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on April **3, 2023**. **The court is monitoring the COVID-19 outbreak and may issue subsequent orders affecting the April Master Calendar. Counsel will be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Counsel will be notified of a date certain for trial closer to the start of the term**. Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, all cases listed below should consider the first date of the Master Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than March 3, 2023. Motions in limine must be filed no later than March 10, 2023. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than March 17, 2023.**

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury selection for **Judge William L. Osteen, Jr.,** will take place in **Courtroom No. 1, 324 W. Market Street, Greensboro, N.C.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

As cases are resolved, counsel may be required to appear before a **_different_** judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

| 1:19CV00115 | JOHN L. HICKS v. GALBERTH SADIE, NURSE, ET AL. | (Osteen) |
|---|---|---|

**JURY: PRISONER CIVIL RIGHTS**

| | |
|---|---|
| Plaintiff: | R. Kent Warren |
| Defendant: | Alex R. Williams |
| ETT: | ? |

| 1:20CV01135 | ANTHONY DIAL v. ROBESON COUNTY | (Osteen) |
|---|---|---|

**JURY: FED. QUESTION: CIVIL RIGHTS VIOLATION**

| | |
|---|---|
| Plaintiff: | Nancy P. Quinn |
| Defendant: | Dan M. Hartzog, Jr. |
| ETT: | 3-4 days |

| 1:21CV00432 | SUWANDA E. HUMPHREYS v. ROWAN-SALISBURY. BOARD OF EDUCATION, ET AL. | (Osteen) |
|---|---|---|

**JURY: CIVIL RIGHTS ACT**

| | |
|---|---|
| Plaintiff: | Michael L. Littlejohn, Jr. |
| | Darlene E. Harris |
| Defendant: | Stephanie H. Webster |
| | Ryan D. Bolick |
| | James R. Morgan, Jr. |
| ETT: | 5 days |

| 1:21CV00732 | CARRIE HUSSEY v. SOUTHERN HEALTH PARTNERS, INC. | (Osteen) |
|---|---|---|

**JURY: FED. QUESTION: CIVIL RIGHTS VIOLATION**

| | |
|---|---|
| Plaintiff: | John W. Moss |
| | Jeffrey L. Dobson |
| Defendant: | Walter G. Merritt |
| | Christina J. Banfield |
| ETT: | 3-5 days |

| 1:21CV00955 | LEE M. HARRIS, SR. v. THE TOWN OF SOUTHERN PINES, ET AL. | (Osteen) |
|---|---|---|

**JURY: PRISONER – FED. QUESTION: CIVIL RIGHTS VIOLATION**

| Plaintiff: | Nichad Davis |
|---|---|
| | Abraham R. Schewel |
| Defendant: | Scott D. Maclatchie |
| | Glenn Jones |
| | Michael K. Hardin (Pro Se) |
| ETT: | 5 days |

| 1:19CV00945 | TRAVIS L. WATSON v. OFFICER ENGLAND | (Osteen) |
|---|---|---|

**JURY: PRISONER CIVIL RIGHTS**

| Plaintiff: | Travis L. Watson (Pro Se) |
|---|---|
| Defendant: | James D. Secor, III |
| | Kathleen E. Carroll |
| ETT: | ? |

| 1:21CV00722 | TFORCE WORLDWIDE, INC. v. ESC BRANDS, LLC | (Osteen) |
|---|---|---|

**JURY: DIVERSITY**

| Plaintiff: | William C. Turner, Jr. |
|---|---|
| | Jeffrey L. Widman |
| | Richard A. Coughlin |
| Defendant: | Michael C. Whititcar |
| | James C. Cunningham, III |
| ETT: | 3 days |

| 1:21CV00765 | THE MCCLATCHY COMPANY, ET AL. v. TOWN OF CHAPEL HILL, NORTH CAROLINA | (Osteen) |
|---|---|---|

**JURY: DECLARTORY JUDGMENT (INSURANCE)**

| Plaintiff: | Bradley M. Risinger |
|---|---|
| | Jonathan Reich |
| | Reid C. Adams, Jr. |
| Defendant: | Dan M. Hartzog, Jr. |
| ETT: | 2 days |

1:21CV00778          TONYA ANDERSON v. DIAMONDBACK          (Osteen)
                     INVESTMENT GROUP, LLC
                     **JURY: CIVIL RIGHTS: AMERICANS WITH**
                     **DISABILITIES ACT**
                     Plaintiff:      Wilson F. Fong
                     Defendant:      Elizabeth A. Martineau
                                     Geoffrey A. Marcus
                     ETT:            3-5 days