IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| JOHN L. HICKS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:19-cv-115 |
| ) | |
| GALBERTH SADIE, NURSE, et al., ) | |
| ) | |
| Defendants. ) | |

*********************************

| | |
|---|---|
| ANTHONY DIAL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:20-cv-1135 |
| ) | |
| ROBESON COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

*******************************

| | |
|---|---|
| SUWANDA EVETTE HUMPHREYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-cv-432 |
| ) | |
| ROWAN-SALISBURY BOARD ) | |
| OF EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

*******************************

| | |
|---|---|
| LEE MARVIN HARRIS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 1:21-cv-955 |
| ) | |
| THE TOWN OF SOUTHERN ) | |
| PINES, et al., ) | |
| ) | |
| Defendants. ) | |

*******************************

```
TRAVIS L. WATSON,                     )
                                      )
               Plaintiff,             )
                                      )
     v.                               )    1:19-cv-945
                                      )
OFFICER ENGLAND, formerly             )
Known as Ms. Felder,                  )
                                      )
               Defendants.            )
******************************
TFORCE WORLDWIDE, INC.,               )
                                      )
               Plaintiff,             )
                                      )
     v.                               )    1:21-cv-722
                                      )
ESC BRANDS, LLC.                      )
                                      )
               Defendant.             )
******************************
THE MCCLATCHY COMPANY, d/b/a          )
THE NEWS AND OBSERVER                 )
PUBLISHING COMPANY, et al.,           )
                                      )
     v.                               )    1:21-cv-765
                                      )
TOWN OF CHAPEL HILL,                  )
NORTH CAROLINA.                       )
                                      )
               Defendant.             )
******************************
TONYA ANDERSON,                       )
                                      )
     v.                               )    1:21-cv-778
                                      )
DIAMONDBACK INVESTMENT                )
GROUP, LLC.                           )
                                      )
               Defendant.             )
******************************
```

## ORDER

Eight cases are presently set for trial before this court during the Master Trial Calendar beginning April 3, 2023. This court will attempt to set dates certain for trial, however, any schedule is tentative and subject to change as cases may settle or come off the calendar as a result of motions for summary judgment. At present, this court anticipates proceeding with the following schedule for trials:

April 3, 2023: Hicks v. Sadie, et al., 1:19-cv-115

April 10, 2023: Watson v. England, 1:19-cv-945

April 17, 2023: TForce Worldwide, Inc. v. ESC Brands, LLC, 1:21-cv-722

These cases are subject to moving up by one week, but no more, if the case scheduled for the prior week should be resolved without necessity of trial. As to these three cases, for purposes of compliance with LR 40.1 and Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, you should consider the date for trial as the date set forth herein. Motions in limine, if any, should be filed three weeks before trial and a response, if any, shall be filed two weeks before trial.

As to the remaining cases scheduled for trial, including Dial v. Robeson County, 1:20-cv-1135; Humphreys v. Rowan-

- 3 -

Salisbury Board of Education et al., 1:21-cv-432; Harris v. Town of Southern Pines, et al., 1:21-cv-955; The McClatchy Company, et al., v. Town of Chapel Hill, 1:21-cv-765; and Anderson v. Diamondback Investment Group, LLC, 1:21-cv-778, those cases will not be called for trial before April 10, 2023. Counsel in those cases will use April 10, 2023 as their trial date for purposes of compliance with LR 40.1 and Fed. R. Civ. P. 26(a)(3) regarding pretrial disclosures.

As to each of these cases not yet scheduled, counsel are notified that in addition to April 10 and April 17, 2023, this court will conduct trials, if necessary, during the weeks of April 24, 2023, May 1, 2023, and May 15, 2023. Counsel should be ready to proceed with trial at any time from April 10, 2023 through May 15, 2023. Counsel and the parties are reminded of the admonition set forth in LR 56.1(f):

> The pendency of summary judgment motions will not serve to delay trial on the date set by the Court in accordance with LR 40.1. If by the time set for trial, the Court has been unable to reach any pending summary judgment motion, the case will nonetheless be reached according to the trial calendar. The Court will rule on the motion at the outset of trial.

Any pending motions to continue or requests for modification of pretrial deadlines will not be addressed by this court before February 25, 2023. A continuance is not likely,

however, the deadlines may be modified somewhat depending upon trial dates and any motions.

This the 21st day of February, 2023.

                                        /s/ William L. Osteen, Jr.
                                        United States District Judge