### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF NORTH CAROLINA
### 1:21:CV-00955-WO

| | |
|---|---|
| LEE MARVIN HARRIS, SR.,<br><br>*Plaintiff,*<br><br>v.<br><br>TOWN OF SOUTHERN PINES, Officer JASON PERRY, Officer SEAN LOWERY, and Officer KYLE MARSH, sued in their individual capacities, and Chief of Police ROBERT TEMME, sued in his official and individual capacity,<br><br>*Defendants.* | **STIPULATION OF DISMISSAL** |

Plaintiff and Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this action is dismissed with prejudice. Each party shall bear their own costs and expenses, including attorney's fees.

Stipulated and agreed to, this the 17th day of October 2024.

/s/ Abraham Rubert-Schewel
Abraham Rubert-Schewel
(N.C. Bar # 56863)
TIN FULTON WALKER & OWEN, PLLC
119 E. Main Street
Durham, NC 27701
Tel: (919) 451-9216
schewel@tinfulton.com

*Counsel for Plaintiff*

/s/ Scott MacLatchie
Hall, Booth, Smith, P.C.
11215 North Community House Road
Suite 750
Charlotte, NC 28277
SMacLatchie@hallboothsmith.com

*Counsel for Defendants*